IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

PATRICK CROSS                                                                    PLAINTIFF

v.                                          Case No. 1:23-cv-01078

LEROY MARTIN; JERRY MANESS;
GEAN SIEGER; PARNELL VANN; &
JANE DOE                                                                      DEFENDANTS

## ORDER

Before the Court is a Report and Recommendation issued by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 15. Judge Bryant recommends that the portion of Plaintiff's Claims Two and Three related to theft of his property at his arrest against the Jane Doe arresting officer be dismissed with prejudice for failure to state a claim under 28 U.S.C. § 1915A(b)(1). Judge Bryant further recommends that the remaining allegations in Claims One, Two, and Three against Leroy Martin, Jerry Maness, Gean Sieger, and Parnell Vann should proceed for service.

Plaintiff has not filed an objection to the Report and Recommendation, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding that there is no clear error on the face of the record and that Judge Bryant's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 15) *in toto*. The portion of Plaintiff's second and third claims related to theft of his property at his arrest against the Jane Doe arresting officer should be and hereby are **DISMISSED WITH PREJUDICE**. The remaining allegations in Plaintiff's first, second, and third claims against Leroy Martin, Jerry Maness, Gean Sieger, and Parnell Vann will proceed for service.

**IT IS SO ORDERED**, this 24th day of October, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge